FILED
CLERK, U.S. DISTRICT COURT

AUG 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

92CR1076-AHM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation ) Supervised Release) |
| Kevin Pullom | ) Conditions of Release) |
| Defendant. | ) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) (✗) the appearance of defendant as required; and/or

    (B) ( ) the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he can abide by court orders.

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

nature of charges

IT IS ORDERED that defendant be detained.

DATED: 8/4/10

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE